BROWN, WHITE & NEWHOUSE LLP
THOMAS M. BROWN (Bar No. 117449)
tbrown@brownwhitelaw.com
NANNINA L. ANGIONI (Bar No. 238052)
nangioni@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213. 613.0500
Facsimile: 213.613.0550

Attorneys for Defendants
CITY OF BELL, CITY OF BELL POLICE DEPARTMENT, ANDY PROBST, SERGIO CAMACHO, TOM RODRIGUEZ, ANTHONY MIRANDA, AND MICHAEL CHAVEZ

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT OWENS,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF BELL, a municipal corporation; CITY OF BELL POLICE DEPARTMENT, a department thereof; ANDY PROBST, individually and as chief of police; SERGIO CAMACHO, individually and as a lieutenant; TOM RODRIGUEZ, individually and as a sergeant; ANTHONY MIRANDA, individually and as a captain; MICHAEL CHAVEZ, individually and as the assistant chief of police; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>   Defendants. | Case No.: CV 08-5315 ODW (AGRx)<br><br>**JUDGMENT**<br><br>Judge: Hon. Otis D. Wright, II |

    This action came on for hearing before the Court, on August 24, 2009, Hon. Otis D. Wright, II, District Judge Presiding, on defendants City of Bell, City of Bell Police Department, Andy Probst, Sergio Camacho, Tom Rodriguez, Anthony Miranda, and Michael Chavez's ("Defendants") Motion for Summary Judgment, or in

1

the Alternative Partial Summary Judgment.  The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

    IT IS ORDERED AND ADJUDGED that Defendants' Motion for Partial Summary Judgment is granted as to plaintiff Kurt Owens's Section 1983 claim, that Owens's Section 1983 claim is dismissed on the merits, that Owens's remaining state law claims are dismissed pursuant to 28 U.S.C. § 1367(c), and that Owens takes nothing by way of this action.  Defendants may seek to recover their costs pursuant to the Federal Rules of Civil Procedure and Local Rules 54 and 58.

DATED:  September 1, 2009

                               HON. OTIS D. WRIGHT, II
                       UNITED STATES DISTRICT COURT JUDGE